# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **THE WATER WORKS BOARD** ) | |
| **OF THE CITY OF OPELIKA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:25-cv-411-ECM-CWB |
| ) | |
| **3M COMPANY, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

3M Company has asked the court to stay its deadline for responding to the Complaint, as well as all deadlines under Rule 26 of the Federal Rules of Civil Procedure. (*See* Doc. 18). ContiTech USA, LLC and Specialty Fabrics & Converting, Inc. similarly have requested an extension of their deadline for responding to the Complaint. (*See* Doc. 19). Upon consideration of both requests, it is **ORDERED** that the referenced motions (Docs. 18 & 19) are **GRANTED** such that all deadlines are stayed generally pending further directives from the court.

**DONE** this the 10th day of June 2025.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**